UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL UNION, UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, et al. | Case No. 02-01484 |
| | Judge Gladys Kessler |
| Plaintiffs, | |
| -against- | |
| BENIGNO REYNA, DIRECTOR, UNITED STATES MARSHALS SERVICE, et al. | |
| Defendants. | |

## DEFENDANT AKAL SECURITY, INC.'S LOCAL RULE 7.1 DISCLOSURE

I, the undersigned counsel of record for defendant Akal Security, Inc., certify to the best of their knowledge and belief the following are parent companies, subsidiaries, or affiliates of Akal Security, Inc. that have outstanding securities in the hands of the public: None.

This representation is made so judges of this Court may determine the need for recusal.

- 2 -

Respectfully submitted,

**JACKSON LEWIS LLP**

November 4, 2004

By: /s/ John M. Remy
Tyler A. Brown (D.C. Bar No. 480693)
John M. Remy (D.C. Bar No.461244)
Jackson Lewis LLP
8614 Westwood Center, Suite 950
Washington, D.C. 20005
(703) 821-2189
Fax: (703) 821-2267

and

Kurt N. Peterson
Jackson Lewis LLP
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1226
(404) 525-8200
Fax: (404) 525-1173
*Attorneys for Defendant Akal Security, Inc.*