# Exhibit 10

TO DEFENDANT JOHN CLARK'S
MEMORANDUM IN SUPPORT OF HIS
MOTION FOR SUMMARY JUDGMENT
ON PLAINTIFFS' DUE PROCESS CLAIM

<u>International Union, United Government Security Officers of America, et al. v.
John Clark, Director of the United States Marshals Service, et al.</u>,
Civ. A. No. 1:02cv1484 (GK)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL UNION, UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN F. CLARK, DIRECTOR OF THE UNITED STATES MARSHALS SERVICE, in his Official Capacity, et al.<br><br>Defendants | Civil Action No. 1:02cv1484<br>Judge Gladys Kessler |

## DECLARATION OF THOMAS GALGON

I, Thomas Galgon, hereby declare:

1. I am the Chief of the Office of Court Security within the Judicial Security Division of the U.S. Marshals Service ("USMS"). As part of my official duties and responsibilities, I provide oversight for the Court Security Officer ("CSO") program. The statements made in this declaration are based on my personal knowledge and information available to me in my official capacity.

2. I have reviewed the declaration of Marc A. Farmer dated November 30, 2004, which was filed in the case of Strolberg v. U.S. Marshals Serv., No. 03-0004-S-DOC (D. Idaho). That declaration accurately describes the medical review process for CSOs which was in place at the time of Mr. Farmer's declaration (and, for the most part, remains in place today). See Farmer Decl. ¶¶ 33-40.

3. In the spring of 2007, the process changed slightly so that the contractors (Akal Security, MVM, etc.) now submit the annual medical examination forms and all other medical information directly to the reviewing physicians at Federal Occupational Health (FOH). Prior to the spring of 2007, the contractors submitted the forms and other medical information to the USMS, which then forwarded the documents to FOH.

4. I have reviewed the files regarding each of the individual plaintiffs named in the Fifth Amended Complaint in this case and have confirmed that each of these individuals received the process described in Mr. Farmer's declaration.

I declare, under penalty of perjury, that the above information is true and correct.

1/11/08
Date

Thomas Galgon
Chief, Office of Court Security
U.S. Marshals Service

-2-