# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL UNION, UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, et al., | ) ) ) | |
| | ) | Civil Action No. 1:02cv1484 |
| Plaintiffs, | ) ) | Judge Gladys Kessler |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID L. HARLOW,[1] ACTING DIRECTOR OF THE UNITED STATES MARSHALS SERVICE, in his Official Capacity, et al., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Thomas Branigan,

John Brown, Peter Churchill, George Ellenberger, Julie Guillory, Duane Halvorson, Jeffrey

Howard, Lawrence Karnes, Glenn Padgett, Robert Schaber, and Ernestine Starkey ("Plaintiffs")

and Defendant David L. Harlow, Acting Director of the United States Marshals Service

("Defendant") hereby stipulate to the dismissal of Plaintiffs' claims in this action against

Defendant with prejudice.

Dated: June 17, 2016                     Respectfully submitted,

                                        BENJAMIN C. MIZER
                                        Principal Deputy Assistant Attorney General

                                        CHANNING D. PHILLIPS
                                        U.S. Attorney for the District of Columbia

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), David L. Harlow is substituted for his predecessor, Stacia A. Hylton, Acting Director of the United States Marshals Service.

   /s/ Daniel Riess
JOHN R. GRIFFITHS (D.C. Bar No. 449234)
DANIEL RIESS
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:    (202) 353-3098
Fax:          (202) 616-8460
*Attorneys for Defendant David L. Harlow, Director*
*of the United States Marshals Service, in his*
*Official Capacity*

/s/ Leslie Deak
Leslie Deak
Law Offices of Leslie Deak
106 East 6th Street, Suite 900
Austin, TX 78701
Telephone:    (512) 322-3911
Facsimile:    (512) 322-3910

/s/ John A. Tucker
John A. Tucker
John A. Tucker Co., LPA
11367 Lair Road, NE
Alliance, OH  44601
Telephone:    (330) 935-2530
Facsimile:    (330) 935-2540

*Attorneys for Plaintiffs*