IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL UNION, UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JOHN CLARK, DIRECTOR OF THE UNITED STATES MARSHALS SERVICE, in his Official Capacity, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:02CV1484<br>Judge Gladys Kessler |

### PLAINTIFFS' AND DEFENDANT AKAL SECURITY, INC.'S JOINT STATUS REPORT

Plaintiffs and Defendant Akal Security, Inc. ("Akal") have conferred, and now jointly file the following joint status report.

Plaintiffs and Defendant Akal have reached a settlement with respect to *all* Plaintiffs with claims pending against Akal in this lawsuit. One payment remains to Plaintiff Glenn Padgett, which is scheduled to be made no later than June 24, 2016. The Parties will thereafter file an appropriate dismissal under Fed. R. Civ. P. 41, unless the Court otherwise directs.

Dated: June 17, 2016

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Kurt Peterson
　　　　　　　　　　　　　　　　　　　　　Kurt Peterson (Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Littler Mendelson, P.C.
　　　　　　　　　　　　　　　　　　　　　3344 Peachtree Road, N.E., Suite 1500
　　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia  30326
　　　　　　　　　　　　　　　　　　　　　Telephone:  404.233.0330
　　　　　　　　　　　　　　　　　　　　　Facsimile:  404.233.2361
　　　　　　　　　　　　　　　　　　　　　Email: kpeterson@littler.com

**Attorney for Defendant Akal Security, Inc.**

/s/ Leslie Deak
Leslie Deak
Law Offices of Leslie Deak
1200 G Street, N.W., Suite 800, No. 099
Washington, D.C. 20005
Telephone: 512.322.3911
Facsimile: 512.322.3910

/s/ John A. Tucker
John A. Tucker
John A. Tucker Co., LPA
11367 Lair Road, NE
Alliance, Ohio 44601
Telephone: 330.935.2530
Facsimile: 330.935.2540

**Attorneys for Plaintiffs**