IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL UNION, UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN CLARK, DIRECTOR OF THE UNITED STATES MARSHALS SERVICE, in his Official Capacity, *et al.*, <br><br> Defendants. | Civil Action No. 1:02CV1484 <br> Judge Gladys Kessler |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Peter Churchill, George Ellenberger, Julie P. Guillory, Duane Halvorson, Jeffrey Howard, Glenn Padgett, and Robert Schaber ("Plaintiffs") and Defendant Akal Security, Inc. ("Defendant") hereby stipulate to the dismissal of Plaintiffs' claims against Defendant with prejudice.

Dated:  July 13, 2016

Respectfully submitted,

*/s/ Kurt Peterson*
Kurt Peterson (Admitted *pro hac vice*)
Littler Mendelson, P.C.
3344 Peachtree Road, N.E., Suite 1500
Atlanta, Georgia  30326
Telephone:  404.233.0330
Facsimile:  404.233.2361
Email: kpeterson@littler.com

**Attorney for Defendant Akal Security, Inc.**

*/s/ Leslie Deak*
Leslie Deak

Law Offices of Leslie Deak
1200 G Street, N.W., Suite 800, No. 099
Washington, D.C.  20005
Telephone:  512.322.3911
Facsimile:  512.322.3910

*/s/ John A. Tucker*
John A. Tucker
John A. Tucker Co., LPA
11367 Lair Road, NE
Alliance, Ohio  44601
Telephone:  330.935.2530
Facsimile:  330.935.2540

**Attorneys for Plaintiffs**