### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL UNION, UNITED ) <br> GOVERNMENT SECURITY OFFICERS ) <br> OF AMERICA, et al., ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> DAVID L. HARLOW, Deputy Director ) <br> of the United States Marshals Service, in ) <br> his official capacity, et al., ) <br>  ) <br> Defendants. ) <br>  ) | Civil Action No. 1:02cv1484 <br> Judge Dabney L. Friedrich |

## NOTICE TO THE COURT

The parties respectfully notify the Court that all claims remaining in this case have been adjudicated or settled. The parties have no objection to the administrative closure of this case.

Dated: December 13, 2017           Respectfully submitted,

/s/ Leslie Deak
Leslie Deak
Law Offices of Leslie Deak
106 East 6th Street, Suite 900
Austin, TX 78701
Telephone:   (512) 322-3911
Facsimile:    (512) 322-3910

/s/ John A. Tucker
John A. Tucker
John A. Tucker Co., LPA
11367 Lair Road, NE
Alliance, OH 44601
Telephone:   (330) 935-2530
Facsimile:    (330) 935-2540

*Attorneys for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
U.S. Attorney for the District of Columbia

  /s/ Daniel Riess
JOHN R. GRIFFITHS (D.C. Bar No. 449234)
DANIEL RIESS
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:   (202) 353-3098
Fax:              (202) 616-8460

*Attorneys for Defendant David L. Harlow, Deputy Director of the United States Marshals Service, in his official capacity*


/s/ Kurt Peterson
Kurt Peterson (Admitted *pro hac vice*)
Littler Mendelson, P.C.
3344 Peachtree Road, N.E., Suite 1500
Atlanta, Georgia 30326
Telephone: 404.233.0330
Facsimile: 404.233.2361
Email: kpeterson@littler.com

*Attorney for Defendant Akal Security, Inc.*